IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv328

| | |
|---|---|
| JUANITA L. JONES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| J. CALVIN HILL, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion to Enforce Subpoenas [# 14]. Plaintiff filed a motion seeking to enforce various subpoenas and to deny the City of Asheville its expenses and attorney's fees. The motion, however, contains a state court caption and is stamped as filed in the state court on January 23, 2014. Upon a review of the motion, it appears to the Court that this motion was directed to the state court proceedings, not this case. As such, the Court **DENIES without prejudice** the motion [# 14].

Signed: February 4, 2014

Dennis L. Howell
United States Magistrate Judge

-1-