# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv328

| | |
|---|---|
| JUANITA L. JONES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| J. CALVIN HILL, et al., | ) |
| | ) |
| Defendants. | ) |

Pending before the Court are the Motion to Transfer State Court Action [# 18], Amended Motion to Transfer Under Jurisdiction of the Law [# 22], Amended Motion to Amend Motion to Transfer State Court Case [# 27], and Motion for Hearing [# 47]. Plaintiff, who is proceeding *pro se*, brought this case against numerous Defendants pursuant to 18 U.S.C. §§ 241 & 242. Plaintiff now seeks to transfer a case from state court to federal court because she contends that she cannot get a fair trial in state court now that she has instituted these proceedings against many of the parties and government or judicial officials involved in the state court proceeding.

Plaintiff, however, has failed to set forth sufficient legal grounds for this Court to order the removal of a pending state court proceeding to federal court.

-1-

Moreover, no hearing on the motions is required for this Court to rule on the pending motions. Upon a review of Plaintiff's motions, the record, and the relevant legal authority, the Court **DENIES** the motions [# 18, # 22, # 27, & # 47].

Signed: March 17, 2014

Dennis L. Howell
United States Magistrate Judge