IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv328

| | |
|---|---|
| JUANITA L. JONES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| J. CALVIN HILL, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion of Obstruction of Justice [# 32]. Plaintiff, who is proceeding *pro se*, brought this case against numerous Defendants pursuant to 18 U.S.C. §§ 241 & 242. Plaintiff contends in her motion that three attorneys named in the motion are obstructing justice in this case by changing documents, times and dates. Upon a review of Plaintiff's motions, the record, and the relevant legal authority, the Court **DENIES** the motions [# 32].

Signed: March 17, 2014

_____
Dennis L. Howell
United States Magistrate Judge

-1-