IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv328

| | |
|---|---|
| JUANITA L. JONES, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. ) **ORDER**<br>)<br>J. CALVIN HILL, et al., )<br>)<br>Defendants. )<br>_____ ) | |

Pending before the Court is the Motion to Remand filed by Defendants Charles E. Barnard and Annie E. Barnard ("Defendants") [# 40]. Plaintiff, who is proceeding *pro se*, brought this case against numerous individuals pursuant to 18 U.S.C. §§ 241 & 242. Defendants, through counsel, move to remand the case to state court. The Court **DENIES without prejudice** the motion [# 40] for failure to comply with Local Rule 7.1(C). Moreover, the Court notes that no state court proceeding has been removed to this Court as Plaintiff initiated these proceedings in federal court.

Signed: March 17, 2014



Dennis L. Howell
United States Magistrate Judge

-1