IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv328

| | |
|---|---|
| JUANITA L. JONES, )<br> )<br> )<br> Plaintiffs, )<br> )<br>v. )<br> )<br>J. CALVIN HILL, et al., )<br> )<br> Defendants. )<br>_____ ) | ORDER |

Pending before the Court is the Motion for Recusal [# 39]. Plaintiff filed a two sentence motion seeking an order from the Court recusing from these proceedings. It appears that Plaintiff does not want a Magistrate Judge assigned to this case. It is standard procedure in the United States District Court for the Western District of North Carolina, however, to have both a Magistrate Judge and a District Judge assigned to a case. See e.g. LCvR 72.1. Accordingly, the Court **DENIES** the motion [# 39].

Signed: March 17, 2014

Dennis L. Howell
United States Magistrate Judge

-1-