IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv328

| | |
|---|---|
| JUANITA L. JONES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| J. CALVIN HILL, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion for Default Judgment [# 38]. Plaintiff, who is proceeding *pro se*, brought this case against numerous Defendants pursuant to 18 U.S.C. §§ 241 & 242. Plaintiff then filed several motions seeking to transfer a case from state court to federal court. Plaintiff now moves the Court to grant these motions as the result of Defendants' failure to file a response to the motions. Upon a review of the motion, the record, and the relevant legal authority, the Court **DENIES** the motion [# 38].

Signed: March 17, 2014

Dennis L. Howell
United States Magistrate Judge

-