# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-328-MR-DLH

JUANITA L. JONES, a/k/a JUANITA )
L. OWENS, )
)
                Plaintiff, )
)
vs. )         **O R D E R**
)
)
J. CALVIN HILL, et al., )
)
                Defendants. )
_____ )

**THIS MATTER** is before the Court on the following filings by the Plaintiff:

(1) "Motion to Vacate All Orders of Judge Samuel Cathey for Conspiracy and Deprivation of Rights under Color of Law and to Rescue [sic] Judge Samuel Cathey" [Doc. 123];

(2) "Obstruction of Justice and Conspiracy to Committ [sic] Fraud" [Doc. 124];

(3) "Evidence of Fraud and Conspiracy by Ron Moore, Judge Samuel Cathey, Roy Cooper, Charles and Annie M.

Barnard, Asheville and County Officials et [ ] al." [Doc. 125];

(4) "Motion to Transfer Case to Superior Court" [Doc. 126]; and

(5) "Motion to Recuse Judge Samuel A. Cathey for Fraud and Corruption" [Doc. 127].

On September 8, 2014, the Court entered an Order denying several of the *pro se* Plaintiff's motions and ordering her to refrain from filing any further pleadings until the Court can dispose of the issues that are already pending. The Plaintiff was further advised that any additional motions or frivolous pleadings that are filed shall be summarily denied and/or stricken. [Doc. 122]. Before that Order could be served on the Plaintiff, she filed several more motions and pleadings. [Docs. 123, 124, 125, 126, 127]. For the reasons stated in the Court's Order [Doc. 122], these new filings are summarily denied and/or stricken.

**IT IS, THEREFORE, ORDERED** that:

(1) "Motion to Vacate All Orders of Judge Samuel Cathey for Conspiracy and Deprivation of Rights under Color of Law and to Rescue [sic] Judge Samuel Cathey" [Doc. 123] is **DENIED**;

(2) "Obstruction of Justice and Conspiracy to Committ [sic] Fraud" [Doc. 124] is **STRICKEN**;

(3) "Evidence of Fraud and Conspiracy by Ron Moore, Judge Samuel Cathey, Roy Cooper, Charles and Annie M. Barnard, Asheville and County Officials et [ ] al." [Doc. 125] is **STRICKEN**;

(4) "Motion to Transfer Case to Superior Court" [Doc. 126] is **DENIED**; and

(5) "Motion to Recuse Judge Samuel A. Cathey for Fraud and Corruption" [Doc. 127] is **DENIED**.

**IT IS SO ORDERED.**

Signed: September 10, 2014

Martin Reidinger
United States District Judge