IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:13-CV-328-MR-DSC

| | |
|---|---|
| JUANITA L. JONES aka JUANITA L. OWENS, <br><br> Plaintiff, <br><br> v. <br><br> J. CALVIN HILL, et. al., <br><br> Defendants, | **ORDER** |

**THIS MATTER** is before the Court following pro se Plaintiff's filing of a "Notice of Judicial Misconduct of Martin Reidinger" (document #132) and a "Notice of Conspiracy to Commit Fraud" (document #133), both filed September 15, 2014.

On September 8, 2014, the Court entered an Order denying several of Plaintiff's Motions and ordering her to refrain from filing any further pleadings until the Court disposed of certain pending matters. Plaintiff was further advised that any additional motions or frivolous pleadings would be summarily denied and/or stricken. See Document #122.

Accordingly, the Court **ORDERS** that the "Notice of Judicial Misconduct of Martin Reidinger" (document #132) and "Notice of Conspiracy To Commit Fraud" (document #133) are **STRICKEN**.

The Clerk is directed to send copies of this Order to the pro se Plaintiff; to defense counsel; and to the Honorable Martin Reidinger.

**SO ORDERED.**

Signed: September 17, 2014

David S. Cayer
United States Magistrate Judge