IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-328-MR-DSC

| | |
|---|---|
| JUANITA L. JONES, a/k/a JUANITA L. OWENS, ) ) ) Plaintiff, ) ) vs. ) ) J. CALVIN HILL, et al., ) ) Defendants. ) _____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Plaintiff's filing entitled "New Evidence against Ron Moore Charles and Annie Barnard, Calvin Hill, et al. Fraud and Corruption" [Doc. 135].

For the reasons stated in the Court's prior Order [Doc. 130], the Plaintiff's pleading is hereby stricken.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's filing [Doc. 135] is hereby **STRICKEN**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge