THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00328-MR-DSC

| | |
|---|---|
| JUANITA L. JONES a/k/a JUANITA L. OWENS, ) ) ) Plaintiff, ) ) vs. ) ) ) J. CALVIN HILL, et al., ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Motions to Dismiss [Docs. 34, 41, 52, 53, 66, 72, 82, 95, 128]; the Magistrate Judge's Memorandum and Recommendation [Doc. 131] regarding the disposition of those motions; and the Plaintiff's Motion to Vacate Hearing [Doc. 139].

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable David S. Cayer, United States Magistrate Judge, was designated to consider the motions to dismiss and to submit a recommendation for their disposition.

On September 11, 2014, the Magistrate Judge filed a Memorandum and Recommendation in this case containing proposed conclusions of law

in support of a recommendation regarding the Defendants' motions. [Doc. 131]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that the motions to dismiss should be granted and that this action should be dismissed as to all Defendants.

**O R D E R**

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 131] is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the Defendants' Motions to Dismiss [Docs. 34, 41, 52, 53, 66, 72, 82, 95, 128] are **GRANTED**, and this action is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion to Vacate Hearing [Doc. 139] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge