# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Juanita L. Jones aka Juanita L. Owens, | JUDGMENT IN CASE |
| Plaintiff, | 1:13-cv-00328-MR-DSC |
| vs. | |
| J. Calvin Hill et al, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2014 Order.

September 30, 2014

Frank G. Johns, Clerk
United States District Court