THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00328-MR-DSC

| | | |
|---|---|---|
| JUANITA L. JONES a/k/a JUANITA L. OWENS, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) ) | **O R D E R** |
| J. CALVIN HILL, et al., | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Opposition to Dismiss Lawsuit for Conspiracy and Deprivation of Rights under Color of Law" [Doc. 144], which the Court takes to be intended as a motion for reconsideration.

Upon careful review and consideration, and for the reasons previously stated, the Court denied the Plaintiff's request for reconsideration.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's "Opposition" [Doc. 144], which the Court construes as a motion for reconsideration, is **DENIED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge